1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                      EASTERN DISTRICT OF CALIFORNIA

8

9  ESTATE OF BRYAN ARMENTA        )       No. CV-F-08-1496 OWW/GSA
   LOPEZ, et al.,                 )
10                                )       ORDER DENYING DEFENDANT
                                  )       CALIFORNIA PUBLIC UTILITIES
11                                )       COMMISSION'S MOTION TO
                    Plaintiffs,   )       REMAND AS MOOT (Doc. 8) AND
12                                )       VACATING ORAL ARGUMENT SET
             vs.                  )       FOR FEBRUARY 23, 2009
13                                )
                                  )
14 NATIONAL RAILROAD PASSENGER    )
   CORPORATION, et al.,           )
15                                )
                                  )
16             Defendants.        )
                                  )
17 _____ )

18      Because the parties have stipulated to the dismissal of

19 Defendant California Public Utilities Commission, the PUC's

20 motion to remand is DENIED AS MOOT.  Oral argument set for

21 February 23, 2009 is VACATED.

22      IT IS SO ORDERED.

23 **Dated:   February 20, 2009**              **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE
24

25

26

                                  1