UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BRYAN ARMENTA LOPEZ, ET.AL.<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA PUBLIC UTILITIES COMMISSION,<br><br>    Defendant. | 1:08-CV-01496 OWW GSA<br><br>**ORDER DISMISSING DEFENDANT CALIFORNIA PUBLIC UTILITIES COMMISSION** |

Pursuant to the stipulation of dismissal as to defendant California Public Utilities Commission filed pursuant to FRCvP 41(a)(1),

IT IS HEREBY ORDERED that defendant CALIFORNIA PUBLIC UTILITIES COMMISSION is dismissed without prejudice, with each side to bear their own costs.

IT IS SO ORDERED.

**Dated:   February 20, 2009**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1