UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BRIAN ARMENTA LOPEZ, ET, AL.<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RIVERBANK,<br><br>　　　　　　　Defendant. | 1:08-CV-01496- OWW GSA<br><br>**ORDER DISMISSING DEFENDANT CITY OF RIVERBANK** |

　　　　Pursuant to the stipulation of dismissal as to defendant City of Riverbank filed pursuant to FRCP 41 (a) (1),

　　　　IT IS HEREBY ORDERED that defendant CITY OF RIVERBANK is dismissed without prejudice, with each side to bear their own costs.

IT IS SO ORDERED.

**Dated:　May 11, 2009**　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE