B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION (erroneously sued herein as
AMTRAK CALIFORNIA), BNSF RAILWAY
COMPANY (erroneously sued herein as
BURLINGTON NORTHERN SANTA FE
RAILWAY), and STATE OF CALIFORNIA,
DEPARTMENT OF TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ESTATE OF BRYAN ARMENTA LOPEZ; ATILANO ARMENTA LOPEZ; BRENDA FIGUEROA LOPEZ; ESTATE OF DIANA VILLAREAL LOPEZ; JESUS VILLAREAL; AIDA LOPEZ VERDUGO; ESTATE OF RAMONA LOPEZ VERDUGO; ROBERTO LOPEZ VALENZUELA, a minor by and through his Guardian Ad Litem Jesus Villareal; ROBERTO LOPEZ; ROSARIO VERDUGO; ARACELI ARMENTA LOPEZ; JULIAN ARMENTA VALENZUELA,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK"); JOHN HAMILTON CONE; BURLINGTON NORTHERN SANTA FE CORPORATION; CALIFORNIA PUBLIC UTILITIES COMMISSION; STANISLAUS COUNTY; CITY OF RIVERBANK; and DOES 1 to 200, inclusive,<br><br>Defendants. | Case No.  1:08-cv-01496 OWW GSA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF COMPLAINT** |

/ / /

13249-38242 VC 607313.1                                         1                       Case No. 1:08-cv-01496 OWW-GSA

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT**

1  IT IS HEREBY STIPULATED by and between ESTATE OF BRYAN ARMENTA
2  LOPEZ; ATILANO ARMENTA LOPEZ; BRENDA FIGUEROA LOPEZ; ESTATE OF DIANA
3  VILLAREAL LOPEZ; JESUS VILLAREAL; AIDA LOPEZ VERDUGO; ESTATE OF
4  RAMONA LOPEZ VERDUGO; ROBERTO LOPEZ VALENZUELA, a minor by and through
5  his Guardian Ad Litem Jesus Villareal; ROBERTO LOPEZ; ROSARIO VERDUGO; ARACELI
6  ARMENTA LOPEZ; JULIAN ARMENTA VALENZUELA and Defendants NATIONAL
7  RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, THE STATE OF
8  CALIFORNIA, DEPARTMENT OF TRANSPORTATION, and THE COUNTY OF
9  STANISLAUS, through their designated counsel, that the above-captioned action be dismissed
10 with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear
11 their own costs and attorney's fees.
12     Accordingly, the parties request that the Court dismiss this action, with prejudice.

Dated:  March 5, 2012         MORENO, BECERRA & CASILLAS

                              By:         */s/ Danilo J. Becerra*
                                   DANILO J. BECERRA
                              Attorneys for Plaintiffs, ESTATE OF BRYAN
                              ARMENTA LOPEZ; ATILANO ARMENTA
                              LOPEZ; BRENDA FIGUEROA LOPEZ;
                              ESTATE OF DIANA VILLAREAL LOPEZ;
                              JESUS VILLAREAL; AIDA LOPEZ VERDUGO;
                              ESTATE OF RAMONA LOPEZ VERDUGO;
                              ROBERTO LOPEZ VALENZUELA, a minor by
                              and through his Guardian Ad Litem Jesus
                              Villareal; ROBERTO LOPEZ; ROSARIO
                              VERDUGO; ARACELI ARMENTA LOPEZ;
                              JULIAN ARMENTA VALENZUELA

Dated: March 5, 2012          LOMBARDI, LOPER & CONANT, LLP

                              By:         */s/ Vincent Castillo*
                                   VINCENT CASTILLO
                              Attorneys for Defendants, NATIONAL
                              RAILROAD PASSENGER CORPORATION,
                              BNSF RAILWAY COMPANY and STATE OF
                              CALIFORNIA, DEPARTMENT OF
                              TRANSPORTATION

13249-38242 VC 607313.1            2           Case No. 1:08-cv-01496 OWW-GSA

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

Dated: March 5, 2012                    DAN FARRAR, ATTORNEY AT LAW

                                        By:      */s/ Dan Farrar*
                                                 DAN FARRAR
                                                 Attorneys for Defendant, COUNTY OF
                                                 STANISLAUS

## **ORDER**

Pursuant to the agreement of the Parties as set forth in the Stipulation above, it is hereby ordered that this Action be dismissed, with prejudice, with each side to bear its own costs and fees.

IT IS SO ORDERED.

   Dated:   **March 6, 2012**                    **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541