1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  VINCENT CASTILLO, State Bar No. 209298
   vcastillo@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:     (510) 433-2600
   Facsimile:     (510) 433-2699
6
7  Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
8  CORPORATION (erroneously sued herein as
   AMTRAK CALIFORNIA), BNSF RAILWAY
9  COMPANY (erroneously sued herein as
   BURLINGTON NORTHERN SANTA FE
10 RAILWAY), and STATE OF CALIFORNIA,
   DEPARTMENT OF TRANSPORTATION

11                 UNITED STATES DISTRICT COURT

12       EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

13

14  ESTATE OF BRYAN ARMENTA LOPEZ;      Case No.  1:08-cv-01496 OWW GSA
    ATILANO ARMENTA LOPEZ; BRENDA
15  FIGUEROA LOPEZ; ESTATE OF DIANA     **STIPULATION AND ORDER OF DISMISSAL**
    VILLAREAL LOPEZ; JESUS VILLAREAL;   **OF COMPLAINT**
16  AIDA LOPEZ VERDUGO; ESTATE OF
    RAMONA LOPEZ VERDUGO; ROBERTO
17  LOPEZ VALENZUELA, a minor by and
    through his Guardian Ad Litem Jesus Villareal;
18  ROBERTO LOPEZ; ROSARIO VERDUGO;
    ARACELI ARMENTA LOPEZ; JULIAN
19  ARMENTA VALENZUELA,

20                  Plaintiffs,

21       v.

22  NATIONAL RAILROAD PASSENGER
    CORPORATION ("AMTRAK"); JOHN
23  HAMILTON CONE; BURLINGTON
    NORTHERN SANTA FE CORPORATION;
24  CALIFORNIA PUBLIC UTILITIES
    COMMISSION; STANISLAUS COUNTY;
25  CITY OF RIVERBANK; and DOES 1 to 200,
    inclusive,
26
27                  Defendants.

28  / / /

13249-38242 VC 607313.1                1              Case No. 1:08-cv-01496 OWW-GSA

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

IT IS HEREBY STIPULATED by and between ESTATE OF BRYAN ARMENTA LOPEZ; ATILANO ARMENTA LOPEZ; BRENDA FIGUEROA LOPEZ; ESTATE OF DIANA VILLAREAL LOPEZ; JESUS VILLAREAL; AIDA LOPEZ VERDUGO; ESTATE OF RAMONA LOPEZ VERDUGO; ROBERTO LOPEZ VALENZUELA, a minor by and through his Guardian Ad Litem Jesus Villareal; ROBERTO LOPEZ; ROSARIO VERDUGO; ARACELI ARMENTA LOPEZ; JULIAN ARMENTA VALENZUELA and Defendants NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY, THE STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION, and THE COUNTY OF STANISLAUS, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party agrees to bear their own costs and attorney's fees.

Accordingly, the parties request that the Court dismiss this action, with prejudice.

Dated:  March 5, 2012                    MORENO, BECERRA & CASILLAS


                                         By:_____/s/ Danilo J. Becerra_____
                                              DANILO J. BECERRA
                                              Attorneys for Plaintiffs, ESTATE OF BRYAN
                                              ARMENTA LOPEZ; ATILANO ARMENTA
                                              LOPEZ; BRENDA FIGUEROA LOPEZ;
                                              ESTATE OF DIANA VILLAREAL LOPEZ;
                                              JESUS VILLAREAL; AIDA LOPEZ VERDUGO;
                                              ESTATE OF RAMONA LOPEZ VERDUGO;
                                              ROBERTO LOPEZ VALENZUELA, a minor by
                                              and through his Guardian Ad Litem Jesus
                                              Villareal; ROBERTO LOPEZ; ROSARIO
                                              VERDUGO; ARACELI ARMENTA LOPEZ;
                                              JULIAN ARMENTA VALENZUELA


Dated: March 5, 2012                     LOMBARDI, LOPER & CONANT, LLP


                                         By:_____/s/ Vincent Castillo_____
                                              VINCENT CASTILLO
                                              Attorneys for Defendants, NATIONAL
                                              RAILROAD PASSENGER CORPORATION,
                                              BNSF RAILWAY COMPANY and STATE OF
                                              CALIFORNIA, DEPARTMENT OF
                                              TRANSPORTATION

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

1

2   Dated: March 5, 2012              DAN FARRAR, ATTORNEY AT LAW

3                                     By:      */s/ Dan Farrar*
                                      _____
4                                            DAN FARRAR
                                      Attorneys for Defendant, COUNTY OF
5                                     STANISLAUS

6

7                                    <u>**ORDER**</u>

8          Pursuant to the agreement of the Parties as set forth in the Stipulation above, it is hereby

9   ordered that this Action be dismissed, with prejudice, with each side to bear its own costs and

10  fees.

11

12

13

14  IT IS SO ORDERED.

15     Dated:   **March 6, 2012**              _____/s/ Lawrence J. O'Neill_____
16                                             UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF COMPLAINT**

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541